UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA,<br><br>       Plaintiff,<br><br>  v.<br><br>BARACK OBAMA,<br><br>       Defendant. | No. 2:14-cv-01415-GEB-EFB<br><br>**ORDER** |

On May 19, 2015, an order was filed, which adopted the Magistrate Judge's April 15, 2015 Findings and Recommendations in full and dismissed Plaintiff's purported amended complaint without leave to amend. (Order, ECF No. 8.) Judgment was entered accordingly on the same day. (ECF No. 9.)

On June 1, 2015, Plaintiff filed a document, in which she states, *inter alia*: "Government USA Judicial Branch new employee assigned to the case printed and signed document to close case, this decision was made in violation of constitutional right . . . without open court hearing." (Pl.'s June 1, 2015 Filing 1:11-14, ECF No. 12.) The Court "construe[s] th[is] filing[] . . . as a request for reconsideration or relief from judgment." Am. Ironworks & Erectors, Inc. v. N. Am. Constr. Corp., 248 F.3d 892, 898 (9th Cir. 2001).

"Under Federal Rule of Civil Procedure 59(e), a party may move to have the court amend its judgment within twenty-eight

days after entry of the judgment." Allstate Ins. Co. v. Herron, 634 F.3d 1101, 1111 (9th Cir. 2011). However, "amending a judgment after its entry [is] an extraordinary remedy which should be used sparingly." Id. (internal quotation marks and citation omitted).

> In general, there are four basic grounds upon which a Rule 59(e) motion may be granted: (1) if such motion is necessary to correct manifest errors of law or fact upon which the judgment rests; (2) if such motion is necessary to present newly discovered or previously unavailable evidence; (3) if such motion is necessary to prevent manifest injustice; or (4) if the amendment is justified by an intervening change in controlling law.

Id.

Plaintiff has not made an adequate showing under any of the referenced grounds. Therefore, Plaintiff's request for relief from judgment is DENIED.

Dated: June 3, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge